1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DIANNE GADDIE,                    ) Case No. EDCV 11-439-OP
                                  )
            Plaintiff,            )
                                  ) JUDGMENT
       v.                         )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
            Defendant.            )

    Pursuant to the Memorandum Opinion; Order of the United States

Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the

Commissioner of Social Security and dismissing this action with prejudice.


DATED: November 9, 2011

                              _____
                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge